STUART D. TOCHNER, CA Bar No. 123758
stuart.tochner@ogletreedeakins.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendant
DR PEPPER/SEVEN UP, INC.

LAW OFFICES OF LINH T. NGUYEN
Linh T. Nguyen, State Bar No. 198751
8841 Williamson Drive, Suite 80
Elk Grove, CA 95624-1800
Email:  linh@nguyenatlaw.com
Telephone:    (916) 686-6600
Facsimile:    (916) 550-9509

Attorneys for Plaintiff
BOBBY R. BRACK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY R. BRACK, an individual, | Case No. 2:16-cv-01209-MCE-AC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS MOTION FOR SUMMARY JUDGMENT ORDER THEREON** |
| v. | |
| DR PEPPER/SEVEN UP, INC., a corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | Dist. Judge:  Hon. Morrison C. England, Jr.<br>Place:  Courtroom 14, 7th Fl. (Sacramento) |
| | Complaint Filed: January 13, 2016<br>Trial Date:  None |

1  IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Bobby Brack ("Plaintiff") and defendant Dr Pepper /Seven Up, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on August 10, 2016, the Parties submitted a Proposed Joint Discovery Plan with a fact discovery completion date of May 2, 2017 and a dispositive motion filing deadline of June 17, 2017 (Dkt. No. 8);

WHEREAS, the Parties are scheduled to participate in private mediation on July 21, 2017;

WHEREAS, Defendant intends to file a motion for summary judgment;

WHEREAS, in light of the mediation date, the Parties have stipulated to a one-month extension of the deadline for Defendant to file its motion for summary judgment, which extended such deadline to July 17, 2017; and

WHEREAS, with the extension, Defendant's motion for summary judgment will be filed within one hundred eighty (180) days after the close of discovery, as required by this Court's Initial Pretrial Scheduling Order (Dkt. No. 5).

THEREFORE, the Parties hereby stipulate that the deadline for Defendant to file its motion for summary judgment shall be extended to July 17, 2017.

**IT IS SO STIPULATED**.

DATED:                                OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.


                                      By: /s/ Stuart D. Tochner
                                          Stuart D. Tochner
                                          Amber L. Roller

                                      Attorneys for Defendant
                                      DR PEPPER/SEVEN UP, INC.

1                                           Case No. 2:16-cv-01209-MCE-AC
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
TO FILE ITS MOTION FOR SUMMARY JUDGMENT; ORDER THEREON

16cv1209.so.0530.GM.docx

DATED: LAW OFFICES OF LINH T. NGUYEN


By: /s/ Linh T. Nguyen (as approved on 5/25/2017)
Linh T. Nguyen

Attorneys for Plaintiff
BOBBY BRACK

### ORDER

The Court, having reviewed and considered the Parties' Joint Stipulation to Extend Time for Defendant to File its Motion for Summary Judgment, and finding good cause for the following, HEREBY ORDERS that the time for Defendant to file its motion for summary judgment is extended to July 17, 2017.

**IT IS SO ORDERED.**

Dated: May 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2  Case No. 2:16-cv-01209-MCE-AC
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
TO FILE ITS MOTION FOR SUMMARY JUDGMENT; ORDER THEREON