# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY R. BRACK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DR PEPPER/SEVEN UP, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01209-MCE-AC<br><br>**ORDER FOR DISMISSAL OF SECOND CAUSE OF ACTION TO FIRST AMENDED COMPLAINT**<br><br>Dist. Judge: Hon. Morrison C. England, Jr.<br>Place: Courtroom 14, 7th Fl. (Sacramento)<br><br>Complaint Filed: January 13, 2016<br>Trial Date: None |

The Court, having reviewed and considered the Parties' Joint Stipulation to Dismiss <u>only</u> the second cause of action in the First Amended Complaint, and finding good cause for the following, HEREBY ORDERS that the Plaintiff's second cause of action for age discrimination is dismissed from this case, without prejudice.

**IT IS SO ORDERED.**

Dated: June 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE