# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY R. BRACK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR PEPPER/SEVEN UP, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-01209-MCE-AC<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Dist. Judge:　Hon. Morrison C. England, Jr.<br>Place:　　　Courtroom 7, 14th Fl.<br>　　　　　　(Sacramento)<br><br>Complaint Filed: January 13, 2016<br>Trial Date:　　None |

Having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, and good cause appearing, this action is hereby dismissed with prejudice, each party to bear his or its own attorneys' fees, costs, and expenses.

The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE